IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROGER A. RIX,

    Plaintiff,

v.                                   CASE NO. 5:08cv222-RH/EMT

CHARLES B. WELLS, et al.,

    Defendants.

_____/

## ORDER FOR TRANSFER

This matter is before the court on the magistrate judge's report and recommendation (document 4), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. This case is transferred to the United States District Court for the

Middle District of Florida.   The clerk must take all actions necessary to effect the transfer.

SO ORDERED on August 22, 2008.

<u>s/Robert L. Hinkle</u><br>
Chief United States District Judge